UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA MICHELLE PARRISH,

    Plaintiff,

v.                                  CASE NO.: 8:13-cv-1574-T-23TBM

CAROLYN W. COLVIN,

    Defendant.

_____/

**ORDER**

A June 23, 2014, report (Doc. 15) by Magistrate Judge Thomas B. McCoun, III, recommends a reversal of the Commissioner's decision and a remand of this action for further proceedings.  No party objects.

The report and recommendation (Doc. 15) is **ADOPTED**.  Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation.  The clerk (1) will enter judgment in favor of the plaintiff and against the defendant, (2) will terminate any pending motion, and (3) will close the case.

ORDERED in Tampa, Florida, on July 11, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE